**Order entered May 1, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01039-CR

**OLIVER BATTIE JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-12860-R**

## ORDER

On February 18, 2015, this Court ordered Mary Snider, former official court reporter of the 265th Judicial District Court, to file a supplemental record containing State's Exhibit no. 1 within fifteen days. To date, Ms. Snider has neither filed the supplemental record nor communicated with the Court regarding the status of the record.

Accordingly, we **ORDER** court reporter Mary Snider to file, by **4:00 p.m. on FRIDAY, MAY 8, 2015**, a supplemental record containing State's Exhibit no. 1. If the supplemental record with the exhibit is not filed by the date and time specified, we will order that Mary Snider not sit as a court reporter until she has filed the supplemental record in this appeal.

We **DIRECT** the Clerk to send copies of this order, to the Honorable Jennifer Bennett, Presiding Judge, 265th Judicial District Court; the Honorable Rick Magnis, Presiding Judge,

283rd Judicial District Court; Mary Snider, official court reporter, 283rd Judicial District Court; and to counsel for all parties.

/s/    LANA MYERS
       JUSTICE